ESTERSON et al. v. WHITMAN et al. (Supreme Court, Appellate Term. October 16, 1911.) Appeal from City Court of New York, Special Term. Action by Joseph Esterson and another against William Whitman and others. From an order denying a motion for bill of particular of defendants' counterclaim, plaintiffs appeal. Reversed, and motion granted. I. Gainsburg, for appellants. Hyman & Campbell (Allan R. Campbell, of counsel), for respondents.

PER CURIAM. The plaintiffs appeal from an order denying a motion for a bill of particulars of certain allegations of the counterclaim. The learned court below denied all of the plaintiffs' demands on the ground that they were "immaterial to the issues in suit." It seems to us from an examination of the pleadings that the first seven demands should have been granted. Order reversed, with $10 costs and disbursements, and motion granted as to the first seven demands, and in other respects denied.

ETTLINGER v. KRUGER. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by Louis Ettlinger against Theodore Kruger. No opinion. Motion denied, with $10 costs. Order filed. See, also, 131 N. Y. Supp. 436.

FAIRLAMB et al., Respondents, v. FISHER et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 10, 1911.) Action by John F. Fairlamb and others against Anthony Fisher and Joseph L. Cuozzo, copartners, etc. No opinion. Judgment and order of the City Court of Yonkers unanimously affirmed, with costs.

FARGEON v. INDIAN TERRITORY IL-LUMINATING OIL CO. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Albert Fargeon against the Indian Territory Illuminating Oil Company. No opinion. Motion for reargument and for leave to go to the Court of Appeals denied, with $10 costs. Order resettled, so that the judgment is reversed as against the defendant who appealed, and not as against the defendant who did not appeal. Settle order on notice.

In re FARLEY, State Excise Com'r. (Supreme Court, Appellate Division, Third Department. November 29, 1911.) In the matter of the application of William W. Farley, as State Commissioner of Excise, for a peremptory writ of mandamus, addressed to John E. Kraft, Walter G. Burton, and Elek John Ludvigh, constituting the Civil Service Commission of the State of New York. No opinion. Order (131 N. Y. Supp. 353) unanimously affirmed, with costs.

FARLEY, State Excise Com'r, Appellant, v. DI GIORGIE, Respondent. (Supreme Court, Appellate Division, First Department. October 20, 1911.) Action by William W. Farley, as State Commissioner of Excise, against Salvators di Giorgie. G. Firestone, for appellant. M. Gukor, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

FELLMAN, Appellant, v. OUTWATER, Respondent. (Supreme Court, Appellate Division, First Department. December 1, 1911.) Action by Emanuel Fellman against Edward Outwater. L. M. Isaacs, for appellant. C. B. Bretzfelder, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

In re FIELD'S ESTATE. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) In the matter of the appraisal of the estate of Sarah Field, deceased, for the purpose of taxation. No opinion. Order and decree of the surrogate (71 Misc. Rep. 396, 130 N. Y. Supp. 195) unanimously affirmed, with costs.

FISHER, Appellant, v. FISHER, Respondent. (Supreme Court, Appellate Division, First Department. November 10, 1911.) Action by Robert L. Fisher against Florence E. Fisher. R. B. Wood, for appellant. N. Eckhard, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 144 App. Div. 933, 129 N. Y. Supp. 1122.

FISHER, Appellant, v. FISHER, Respondent. (Supreme Court, Appellate Division, First Department. November 10, 1911.) Action by Robert L. Fisher against Florence E. Fisher. R. B. Wood, for appellant. N. Eckhard, for respondent. No opinion. Appeal dismissed, with $10 costs and disbursements. See, also, 129 N. Y. Supp. 1122.

FLEIG et al., Appellants, v. FLEIG, et al., Respondents. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Emil Fleig and others against Katie Fleig and others. J. H. Emmerich, for appellants. G. H. Taylor, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FLEISHMAN, Appellant, v. PALMER et al., Respondents. (Supreme Court, Appellate Division, First Department. December 1, 1911.) Action by Max Fleishman, an infant, against Henry W. Palmer and others. H. Goldey, for appellant. M. A. Schenck, for respondents. No opinion. Order modified, by striking out the items of particulars required to be given, numbered from 4 to 9, inclusive, and, as modified, affirmed, without costs. Settle order on notice.

FLETCHER, Respondent, v. JOHNSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 29, 1911.) Ac-